JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>      Plaintiff,<br><br>  v.<br><br>G and M Gapco, LLC et al.,<br><br>      Defendant(s). | SACV 18-01876 JVS (KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: April 12, 2019

                                            James V. Selna
                                    United States District Judge